

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr389-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| VY YOU, ) | |
| Defendant. ) | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release VY You, from custody.

3/18/11

_____
UNITED STATES DISTRICT JUDGE

file-copy-